THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD CYTROWSKI, Appellant. [825 NYS2d 651]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered February 25, 2005. The judgment revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Martoche, Centra and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARDY MCCULLUM, Appellant. [825 NYS2d 651]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered January 7, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Martoche, Centra and Green, JJ.